## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
### (KANSAS CITY DOCKET)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  **vs.**

**No.**  12-20141-01/20-CM-DJW

**FILED UNDER SEAL**

**GREGORY T. MOORE,**
      **a.k.a. "Bone,"**
**DANIEL BRYANT,**
      **a.k.a. "D.B.,"**
**PRENTISS ADAIR,**
**FRANK SHARRON PIPER, III,**
**JOHNIE MITCHELL,**
**BRENTON BASSETT,**
**MARCUS M. WILLIAMS,**
**MICHAEL D. DAVIS,**
**CHRISTOPHER HOLLIDAY,**
**ONDRE DURHAM,**
      **a.k.a. "Dre,"**
**RAHMANN EASLEY,**
      **a.k.a. "Rock,"**
**CHARLES EASLEY,**
      **a.k.a. "Chuck,"**
**DAMIAN MAYS,**
      **a.k.a. "Dash,"**
**JOSHUA JONES,**
**LANE DENNIS,**
**RAYMOND CORNEJO,**
**LAMAR BROOKS,**
**CHRISTOPER CRAIG,**
      **a.k.a. "Big C,"**
**JACQUEL CUNNINGHAM, and**
**CYNTHIA HATFIELD,**

      **Defendants.**

---

# INDICTMENT

The Grand Jury charges:

## COUNT 1

Commencing on or about December 1, 2008, and continuing to on or about November 30, 2011, the exact dates being unknown, in the District of Kansas and elsewhere, the defendants,

**GREGORY T. MOORE,**
**a.k.a. "Bone,"**
**DANIEL BRYANT,**
**a.k.a. "D.B.,"**
**PRENTISS ADAIR,**
**FRANK SHARRON PIPER, III,**
**JOHNIE MITCHELL,**
**BRENTON BASSETT,**
**MARCUS M. WILLIAMS,**
**MICHAEL D. DAVIS,**
**CHRISTOPHER HOLLIDAY,**
**ONDRE DURHAM,**
**a.k.a. "Dre,"**
**RAHMANN EASLEY,**
**a.k.a. "Rock,"**
**CHARLES EASLEY,**
**a.k.a. "Chuck,"**
**DAMIAN MAYS,**
**a.k.a. "Dash,"**
**JOSHUA JONES,**
**LANE DENNIS,**
**RAYMOND CORNEJO,**
**LAMAR BROOKS,**
**CHRISTOPER CRAIG,**
**a.k.a. "Big C," and**
**JACQUEL CUNNINGHAM,**

knowingly, and unlawfully combined, conspired, and agreed together and with each other, and with other persons, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute more than 5 kilograms of a mixture and substance containing a detectable amount of cocaine, a controlled substance; to manufacture, distribute and possess with intent to

distribute more than 280 grams of a mixture and substance containing a detectable amount of

cocaine base, a controlled substance; and to distribute and possess with intent to distribute a

mixture and substance containing a detectable amount of marijuana, a controlled substance; all in

violation of Title 21, United States Code, Section 841(a)(1); and maintaining drug involved

premises; in violation of Title 21, United States Code, Section 856 and Title 18, United States

Code, Section 2.

      This was all in violation of Title 21, United States Code, Section 846 and Title 18, United

States Code, Section 2.

## COUNT 2

      Beginning on or about December 1, 2008, the exact date being unknown to the

Grand Jury, and continuing to on or about November 30, 2011, both dates being approximate and

inclusive, in the District of Kansas and elsewhere, the defendants,

**GREGORY T. MOORE**
**a.k.a. "Bone" and**
**CYNTHIA HATFIELD,**

willfully and knowingly conspired and agreed together and with each other, and with others

known and unknown to the Grand Jury, to commit certain offenses under Title 18, United States

Code, Section 1956, in that they conducted and attempted to conduct financial transactions

affecting interstate commerce, which transactions involved the proceeds of specified unlawful

activity, that is, conspiracy to distribute and possess with intent to distribute cocaine and cocaine

base in violation of Title 21, United States Code, Section 846, and distribution and possession

with intent to distribute cocaine and cocaine base in violation of Title 21, United States Code,

Sections 841(a)(1); (1) with the intent to promote the carrying on of such specified unlawful

activity and (2) knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, and while conducting and attempting to conduct such financial transactions knew the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i).

This was all in violation of Title 18, United States Code, Sections 1956(h) and 2.

## COUNT 3

On or about July 15, 2009, in the District of Kansas, the defendants,

**GREGORY T. MOORE**
**a.k.a. "Bone" and**
**BRENTON BASSETT,**

knowingly and intentionally manufactured and distributed 5 grams or more of a mixture and substance containing cocaine base, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii), and Title 18, United States Code, Section 2.

## COUNT 4

On or about July 29, 2009, in the District of Kansas, the defendants,

**GREGORY T. MOORE**
**a.k.a. "Bone" and**
**BRENTON BASSETT,**

knowingly and intentionally manufactured and distributed 5 grams or more of a mixture and substance containing cocaine base, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii), and Title 18, United States Code, Section 2.

## COUNT 5

On or about August 4, 2009, in the District of Kansas, the defendants,

**GREGORY T. MOORE**
**a.k.a. "Bone" and**
**BRENTON BASSETT,**

knowingly and intentionally manufactured and distributed 5 grams or more of a mixture and

substance containing cocaine base, a controlled substance, in violation of Title 21, United States

Code, Sections 841(a)(1) and (b)(1)(B)(iii), and Title 18, United States Code, Section 2.

## COUNT 6

On or about August 4, 2009, in the District of Kansas, the defendant,

**GREGORY T. MOORE**
**a.k.a. "Bone,"**

while maintaining, managing and controlling, whether permanently or temporarily, as an owner,

agent, lessee, and occupant, a residence located at 2739 North 31st Street in Kansas City, Kansas,

did knowingly and intentionally make available for use said residence for the purpose of

unlawfully storing, using, manufacturing, and distributing cocaine and cocaine base; controlled

substances, in violation of Title 21, United States Code, Sections 841(a)(1).

This was all in violation of Title 21, United States Code, Sections 856(a)(1) and (a)(2)

and Title 18, United States Code, Section 2.

## COUNT 7

On or about August 27, 2009, in the District of Kansas, the defendants,

**GREGORY T. MOORE**
**a.k.a. "Bone" and**
**BRENTON BASSETT,**

knowingly and intentionally manufactured and distributed 5 grams or more of a mixture and

5

substance containing cocaine base, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii), and Title 18, United States Code, Section 2.

## COUNT 8

On or about November 23, 2009, in the District of Kansas, the defendants,

**GREGORY T. MOORE**
**a.k.a. "Bone" and**
**BRENTON BASSETT,**

knowingly and intentionally manufactured and distributed 5 grams or more of a mixture and substance containing cocaine base, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii), and Title 18, United States Code, Section 2.

## COUNT 9

On or about February 11, 2010, in the District of Kansas, the defendants,

**GREGORY T. MOORE**
**a.k.a. "Bone" and**
**BRENTON BASSETT,**

knowingly and intentionally manufactured and distributed 5 grams or more of a mixture and substance containing cocaine base, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii), and Title 18, United States Code, Section 2.

## COUNT 10

On or about March 22, 2010, in the District of Kansas, the defendant,

**BRENTON BASSETT,**

while maintaining, managing and controlling, whether permanently or temporarily, as an owner, agent, lessee, and occupant, a residence located at 2522 North 43rd Street in Kansas City, Kansas, did knowingly and intentionally make available for use said residence for the purpose of

unlawfully storing, using, manfacturing, and distributing cocaine, marijuana, and cocaine base;

controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

This was all in violation of Title 21, United States Code, Sections 856(a)(1) and (a)(2)

and Title 18, United States Code, Section 2.

## COUNT 11

On or about April 13, 2010, in the District of Kansas, the defendant,

**GREGORY T. MOORE**
**a.k.a. "Bone,"**

knowingly and intentionally distributed a mixture and substance containing cocaine, a controlled

substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and

Title 18, United States Code, Section 2.

## COUNT 12

On or about April 16, 2010, in the District of Kansas, the defendant,

**GREGORY T. MOORE**
**a.k.a. "Bone,"**

knowingly and intentionally manufactured and distributed 5 grams or more of a mixture and

substance containing cocaine base, a controlled substance, in violation of Title 21, United States

Code, Sections 841(a)(1) and (b)(1)(B)(iii), and Title 18, United States Code, Section 2.

## COUNT 13

On or about May 19, 2010, in the District of Kansas, the defendant,

**GREGORY T. MOORE**
**a.k.a. "Bone,"**

knowingly and intentionally distributed a mixture and substance containing cocaine, a controlled

substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 14

On or about June 24, 2010, in the District of Kansas, the defendants,

**GREGORY T. MOORE**
**a.k.a. "Bone" and**
**DANIEL BRYANT**
**a.k.a. "D.B.,"**

knowingly and intentionally distributed a mixture and substance containing cocaine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 15

On or about July 20, 2010, in the District of Kansas, the defendant,

**GREGORY T. MOORE**
**a.k.a. "Bone,"**

knowingly and intentionally distributed a mixture and substance containing cocaine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 16

On or about September 14, 2010, in the District of Kansas, the defendant,

**GREGORY T. MOORE**
**a.k.a. "Bone,"**

knowingly and intentionally distributed a mixture and substance containing cocaine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and

Title 18, United States Code, Section 2.

## COUNT 17

On or about November 10, 2010, in the District of Kansas, the defendant,

**GREGORY T. MOORE**
**a.k.a. "Bone,"**

knowingly and intentionally distributed a mixture and substance containing cocaine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 18

On or about February 15, 2011, in the District of Kansas, the defendant,

**GREGORY T. MOORE**
**a.k.a. "Bone,"**

knowingly and intentionally distributed a mixture and substance containing cocaine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 19

On or about June 9, 2011, in the District of Kansas, the defendant,

**GREGORY T. MOORE**
**a.k.a. "Bone,"**

knowingly and intentionally distributed a mixture and substance containing cocaine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 20

On or about July 20, 2011, in the District of Kansas, the defendant,

**GREGORY T. MOORE**
**a.k.a. "Bone,"**

knowingly and intentionally distributed a mixture and substance containing cocaine, a controlled

substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and

Title 18, United States Code, Section 2.

## COUNT 21

On or about August 4, 2011, in the District of Kansas, the defendants,

**GREGORY T. MOORE,**
**a.k.a. "Bone,"**
**FRANK SHARRON PIPER, III,**
**MARCUS M. WILLIAMS,**
**DANIEL BRYANT,**
**a.k.a. "D.B.," and**
**JOHNIE MITCHELL,**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing,

causing, and facilitating the offense set forth in Count 1 of this Indictment incorporated by

reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 22

On or about August 6, 2011, in the District of Kansas, the defendants,

**GREGORY T. MOORE,**
**a.k.a. "Bone,"**
**FRANK SHARRON PIPER, III,**
**CHRISTOPHER HOLLIDAY,**
**JOHNIE MITCHELL, and**
**MICHAEL D. DAVIS,**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing,

causing, and facilitating the offense set forth in Count 1 of this Indictment incorporated by

10

reference herein, in violation of Title 21, United States Code, Section 843(b).

### COUNT 23

On or about August 15, 2011, in the District of Kansas, the defendants,

**GREGORY T. MOORE,**
**a.k.a. "Bone,"**
**FRANK SHARRON PIPER, III,**
**MARCUS M. WILLIAMS,**
**MICHAEL D. DAVIS, and**
**JOHNIE MITCHELL,**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing,

causing, and facilitating the offense set forth in Count 1 of this Indictment incorporated by

reference herein, in violation of Title 21, United States Code, Section 843(b).

### COUNT 24

On or about August 15, 2011, in the District of Kansas, the defendant,

**FRANK SHARRON PIPER, III,**

while maintaining, managing and controlling, whether permanently or temporarily, as an owner,

agent, lessee, and occupant, a residence located at 216 N. 38th Street in Kansas City, Kansas, did

knowingly and intentionally make available for use said residence for the purpose of unlawfully

storing, using, manufacturing, and distributing cocaine and cocaine base; controlled substances,

in violation of Title 21, United States Code, Sections 841(a)(1).

This was all in violation of Title 21, United States Code, Sections 856(a)(1) and (a)(2)

and Title 18, United States Code, Section 2.

### COUNT 25

On or about August 18, 2011, in the District of Kansas, the defendants,

11

**GREGORY T. MOORE**
**a.k.a. "Bone" and**
**DANIEL BRYANT**
**a.k.a. "D.B.,"**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing,

causing, and facilitating the offense set forth in Count 1 of this Indictment incorporated by

reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 26

On or about August 19, 2011, in the District of Kansas, the defendant,

**PRENTISS ADAIR and**
**LANE EDWARD DENNIS,**

knowingly and intentionally possessed with intent to distribute 5 kilograms or more of a mixture

and substance containing a detectable amount of cocaine, a controlled substance, in violation of

Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(ii)(II), and Title 18, United States

Code, Section 2.

## COUNT 27

On or about August 19, 2011, in the District of Kansas, the defendants,

**GREGORY T. MOORE**
**a.k.a. "Bone" and**
**RAHMANN EASLEY,**
**a.k.a. "Rock,"**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing,

causing, and facilitating the offense set forth in Count 1 of this Indictment incorporated by

reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 28

12

On or about August 20, 2011, in the District of Kansas, the defendants,

**GREGORY T. MOORE,**
**a.k.a. "Bone,"**
**JOHNIE MITCHELL, and**
**RAHMANN EASLEY,**
**a.k.a. "Rock,"**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing,

causing, and facilitating the offense set forth in Count 1 of this Indictment incorporated by

reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 29

On or about August 24, 2011, in the District of Kansas, the defendants,

**GREGORY T. MOORE,**
**a.k.a. "Bone" and**
**MARCUS M. WILLIAMS,**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing,

causing, and facilitating the offense set forth in Count 1 of this Indictment incorporated by

reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 30

On or about August 27, 2011, in the District of Kansas, the defendants,

**GREGORY T. MOORE,**
**a.k.a. "Bone,"**
**CHRISTOPHER HOLLIDAY,**
**ONDRE DURHAM,**
**a.k.a. "Dre," and**
**JOHNIE MITCHELL,**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing,

causing, and facilitating the offense set forth in Count 1 of this Indictment incorporated by

reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 31

On or about August 29, 2011, in the District of Kansas, the defendants,

**GREGORY T. MOORE,**
**a.k.a. "Bone,"**
**RAHMANN EASLEY,**
**a.k.a. "Rock," and**
**CHARLES EASLEY,**
**a.k.a. "Chuck,"**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing,

causing, and facilitating the offense set forth in Count 1 of this Indictment incorporated by

reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 32

On or about August 31, 2011, in the District of Kansas, the defendants,

**GREGORY T. MOORE,**
**a.k.a. "Bone,"**
**DAMIAN MAYS,**
**a.k.a. "Dash,"**
**CHRISTOPHER HOLLIDAY,**
**ONDRE DURHAM,**
**a.k.a. "Dre," and**
**JOHNIE MITCHELL,**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing,

causing, and facilitating the offense set forth in Count 1 of this Indictment incorporated by

reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 33

On or about September 7, 2011, in the District of Kansas, the defendants,

**GREGORY T. MOORE,**

14

**a.k.a. "Bone,"**
**DANIEL BRYANT**
**a.k.a. "D.B.,"**
**DAMIAN MAYS,**
**a.k.a. "Dash,"**
**JOSHUA JONES,**
**CHRISTOPHER HOLLIDAY,**
**ONDRE DURHAM,**
**a.k.a. "Dre,"**
**JOHNIE MITCHELL, and**
**MARCUS M. WILLIAMS,**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing,

causing, and facilitating the offense set forth in Count 1 of this Indictment incorporated by

reference herein, in violation of Title 21, United States Code, Section 843(b).

### COUNT 34

On or about September 8, 2011, in the District of Kansas, the defendants,

**GREGORY T. MOORE,**
**a.k.a. "Bone" and**
**CHARLES EASLEY,**
**a.k.a. "Chuck,"**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing,

causing, and facilitating the offense set forth in Count 1 of this Indictment incorporated by

reference herein, in violation of Title 21, United States Code, Section 843(b).

### COUNT 35

On or about September 8, 2011, in the District of Kansas, the defendant,

**GREGORY T. MOORE,**
**a.k.a. "Bone,"**

knowingly and intentionally distributed a mixture and substance containing cocaine, a controlled

substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and

15

Title 18, United States Code, Section 2.

## COUNT 36

On or about September 16, 2011, in the District of Kansas, the defendants,

**GREGORY T. MOORE,**
**a.k.a. "Bone,"**
**DANIEL BRYANT,**
**a.k.a. "D.B.," and**
**JOHNIE MITCHELL,**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing,

causing, and facilitating the offense set forth in Count 1 of this Indictment incorporated by

reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 37

On or about September 22, 2011, in the District of Kansas, the defendants,

**GREGORY T. MOORE,**
**a.k.a. "Bone,"**
**JOSHUA JONES,**
**ONDRE DURHAM,**
**a.k.a. "Dre," and**
**JOHNIE MITCHELL,**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing,

causing, and facilitating the offense set forth in Count 1 of this Indictment incorporated by

reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 38

On or about October 7, 2011, in the District of Kansas, the defendants,

**DANIEL BRYANT,**
**a.k.a. "D.B." and**
**RAYMOND CORNEJO,**

16

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this Indictment incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 39

On or about October 15, 2011, in the District of Kansas, the defendants,

**DANIEL BRYANT,**
**a.k.a. "D.B.," and**
**CHRISTOPHER CRAIG,**
**a.k.a. "Big C,"**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this Indictment incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 40

On or about October 18, 2011, in the District of Kansas, the defendants,

**DANIEL BRYANT,**
**a.k.a. "D.B." and**
**LAMAR BROOKS,**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this Indictment incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 41

On or about October 21, 2011, in the District of Kansas, the defendants,

**DANIEL BRYANT,**
**a.k.a. "D.B." and**
**CHRISTOPHER CRAIG,**
**a.k.a. "Big C,"**

17

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this Indictment incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 42

On or about October 26, 2011, in the District of Kansas, the defendants,

**DANIEL BRYANT,**
**a.k.a. "D.B.,"**
**RAYMOND CORNEJO, and**
**JAQUEL CUNNINGHAM,**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this Indictment incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 43

On or about November 4, 2011, in the District of Kansas, the defendants,

**DANIEL BRYANT,**
**a.k.a. "D.B.,"**
**RAYMOND CORNEJO, and**
**JAQUEL CUNNINGHAM,**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this Indictment incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 44

On or about November 10, 2011, in the District of Kansas, the defendants,

**DANIEL BRYANT,**
**a.k.a. "D.B." and**

18

**LAMAR BROOKS,**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing,

causing, and facilitating the offense set forth in Count 1 of this Indictment incorporated by

reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 45

On or about November 10, 2011, in the District of Kansas and elsewhere, the defendant,

**LAMAR BROOKS,**

knowingly conducted a financial transaction affecting interstate commerce, to wit: the

withdrawal of $13,909.82 from Bank of America Account # XXXX-XXX-0156 in Kansas City,

Missouri and transportation of said funds to Kansas to purchase cocaine, which involved the

proceeds of specified unlawful activity, that is, conspiracy to distribute cocaine and cocaine base

in violation of Title 18, United States Code, Section 846; and possession with intent to distribute

and the distribution of cocaine and cocaine base in violation of Title 18, United States Code,

Section 841(a)(1), with the intent to promote the carrying on of such specified unlawful activity,

and while conducting and attempting to conduct such financial transactions knew the property

involved in the financial transaction represented the proceeds of some form of unlawful activity.

This was all in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 2.

## COUNT 46

On or about November 12, 2011, in the District of Kansas, the defendants,

**DANIEL BRYANT,**
**a.k.a. "D.B." and**
**LAMAR BROOKS,**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing,

causing, and facilitating the offense set forth in Count 1 of this Indictment incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 47

On or about November 20, 2011, in the District of Kansas, the defendants,

**DANIEL BRYANT,**
**a.k.a. "D.B." and**
**JAQUEL CUNNINGHAM,**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this Indictment incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## FORFEITURE ALLEGATION I

The allegations contained in Counts 1 through 47 of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 21, United States Code, Sections 853(a)(1), (a)(2) and (p).

As a result of the commission of the violations charged in Counts 1, 3-44, and 46-47 of this Indictment, and upon conviction of one or more of these offenses, the defendants,

**GREGORY T. MOORE,**
**a.k.a. "Bone,"**
**DANIEL BRYANT,**
**a.k.a. "D.B.,"**
**PRENTISS ADAIR,**
**FRANK SHARRON PIPER, III,**
**JOHNIE MITCHELL,**
**BRENTON BASSETT,**
**MARCUS M. WILLIAMS,**
**MICHAEL D. DAVIS,**
**CHRISTOPHER HOLLIDAY,**
**ONDRE DURHAM,**
**a.k.a. "Dre,"**

**RAHMANN EASLEY,**
**a.k.a. "Rock,"**
**CHARLES EASLEY,**
**a.k.a. "Chuck,"**
**DAMIAN MAYS,**
**a.k.a. "Dash,"**
**JOSHUA JONES,**
**LANE DENNIS,**
**RAYMOND CORNEJO,**
**LAMAR BROOKS,**
**CHRISTOPER CRAIG,**
**a.k.a. "Big C," and**
**JACQUEL CUNNINGHAM,**

jointly and severally, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds that the defendants obtained directly or indirectly as a result of the violations charged in Counts 1, 3-44, and 46-47, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1, 3-44, and 46-47 of this indictment, including but not limited to the following:

A.      **FORFEITURE MONEY JUDGMENT**

A sum of money equal to approximately $1,639,000.00 in United States Currency representing the total amount of proceeds obtained as a result of the offenses set out in Counts 1, 3-44, and 46-47.

B.      **PERSONAL PROPERTY**

(1)      2002 Cadillac Escalade, VIN #1GYEK63N62R108559

(2)      2011 Dodge Challenger, VIN #2B3CJ7DJXBH502035

C.      **REAL PROPERTY**

(1)      **216 North 38th Street, Kansas City, Kansas**, more particularly described as:

21

(Parcel ID# 912705) SEC-07 TWP-11 RNG-25, S7, T11, R25, ACRES 1.890000, 90D91A BEG

691.62FT E & 1332.54FT S of NW COR SE1/4; N 140 FT, E 96.48 FT, N 101 FT, E 186.22FT,

S113FT, E 165FT M/L TO R/W, SELY-139FT, W 504.68FT TO POB CONTG 1.91AC M/L

      (2)    **2739 North 31st Street, Kansas City, Kansas**, more particularly described as:

( Parcel ID# 099666) Lot 7, Block 6, Haynes Subdivision, a subdivision in Wyandotte County,

Kansas, according to the recorded plat thereof.

      **D.**    **SUBSTITUTE ASSETS**

    In the event any of the foregoing property:

      a.    cannot be located upon the exercise of due diligence
      b.    has been transferred or sold to, or deposited with, a third party;
      c.    has been placed beyond the jurisdiction of the court;
      d.    has been substantially diminished in value; or
      e.    has been commingled with other property which cannot be divided without
          difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p),

to seek forfeiture of any property of the defendants up to the value of the above-described

forfeitable property, including but not limited to the following:

      **E.**    **PERSONAL PROPERTY**

    (1)    2002 Cadillac Escalade, VIN #1GYEK63N62R108559

    (2)    2011 Dodge Challenger, VIN #2B3CJ7DJXBH502035

      **F.**    **REAL PROPERTY**

    (1)    **216 North 38th Street, Kansas City, Kansas**, more particularly described as:

(Parcel ID# 912705) SEC-07 TWP-11 RNG-25, S7, T11, R25, ACRES 1.890000, 90D91A BEG

691.62FT E & 1332.54FT S of NW COR SE1/4; N 140 FT, E 96.48 FT, N 101 FT, E 186.22FT,

S113FT, E 165FT M/L TO R/W, SELY-139FT, W 504.68FT TO POB CONTG 1.91AC M/L

(2)     **2739 North 31st Street, Kansas City, Kansas**, more particularly described as: (Parcel ID# 099666) Lot 7, Block 6, Haynes Subdivision, a subdivision in Wyandotte County, Kansas, according to the recorded plat thereof.

(3)     **121 North 80th Terrace, Kansas City, Kansas**, more particularly described as: (Parcel ID# 018104) Lot 5, Lee Ann, a Subdivision in Kansas City, Wyandotte County, Kansas.

(4)     **3348 North 49th Drive, Kansas City, Kansas**, more particularly described as: (Parcel ID# 916965) Beginning at a point 561 Feet North of the Northeast corner of the Southwest ¼ of the Southwest ¼ of Section 25, Township 10, Range 24, in Kansas City, Wyandotte County, Kansas, thence West 388.2 feet, thence South 116.9 feet thence East 388.2 feet, thence North 116.9 feet to beginning.

This is pursuant to Title 21, United States Code, Sections 853(p), (a)(1), and (a)(2).

## FORFEITURE ALLEGATION II

The allegations contained in Counts 1 through 47of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 982 (a)(1).

Upon conviction of the offense set out in Count 2 of this Indictment, a violation of Title 18, United States Code, Section 1956, the defendants,

**GREGORY T. MOORE,**
**a.k.a. "Bone," and**
**CYNTHIA HATFIELD,**

jointly and severally, shall forfeit to the United States of America, their interest in any property constituting, or derived from the proceeds of such violations. The property to be forfeited

23

includes, but is not limited to, the following:

### A.     FORFEITURE MONEY JUDGMENT

A sum of money equal to approximately $268,000.00 in United States Currency

representing the total amount of proceeds obtained as a result of the offenses set out in Count 2.

### B.     SUBSTITUTE ASSETS

The United States of America shall be entitled to forfeiture of substitute property pursuant

to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code,

Section 982(b)(1) and Title 28, United States Code, Section 2461(c).  In the event any of the

foregoing property:

    a.     cannot be located upon the exercise of due diligence
    b.     has been transferred or sold to, or deposited with, a third party;
    c.     has been placed beyond the jurisdiction of the court;
    d.     has been substantially diminished in value; or
    e.     has been commingled with other property which cannot be divided without
           difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p),

to seek forfeiture of any property of the defendants up to the value of the above-described

forfeitable property, including but not limited to the following:

### C.     PERSONAL PROPERTY

(1)     2002 Cadillac Escalade, VIN #1GYEK63N62R108559

### D.     REAL PROPERTY

(1)     **2739 North 31st Street, Kansas City, Kansas**, more particularly described as:

(Parcel ID# 099666) Lot 7, Block 6, Haynes Subdivision, a subdivision in Wyandotte County,

Kansas, according to the recorded plat thereof.

(2)      **3348 North 49th Drive, Kansas City, Kansas**, more particularly described as: (Parcel ID# 916965) Beginning at a point 561 Feet North of the Northeast corner of the Southwest ¼ of the Southwest ¼ of Section 25, Township 10, Range 24, in Kansas City, Wyandotte County, Kansas, thence West 388.2 feet, thence South 116.9 feet thence East 388.2 feet, thence North 116.9 feet to beginning.

(3)      **121 North 80th Terrace, Kansas City, Kansas**, more particularly described as: (Parcel ID# 018104) Lot 5, Lee Ann, a Subdivision in Kansas City, Wyandotte County, Kansas.

(4)      **47 North Thorpe Street, Kansas City Kansas**, more particularly described as: (Parcel ID# 103172) The North 32 ½ feet of the South 36 feet of Lot 22, Block 15, BOSTON PLACE, an addition in and a part of Kansas City, Wyandotte County, Kansas, according to the plat thereof.

This is pursuant to Title 21, United States Code, Section 853(p) and Title 18, United States Code, Section 982 (a)(1).

## FORFEITURE ALLEGATION III

The allegations contained in Counts 1through 47of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 982 (a)(1).

Upon conviction of the offense set out in Count 45 of this Indictment, a violation of Title 18, United States Code, Section 1956, the defendant,

### LAMAR BROOKS,

shall forfeit to the United States of America, his interest in any property constituting, or derived from the proceeds of such violations. The property to be forfeited includes, but is not limited to,

25

the following:

### A.    FORFEITURE MONEY JUDGMENT

A sum of money equal to approximately $13,900.00 in United States Currency

representing the total amount of proceeds obtained as a result of the offenses set out in Count 45.

### B.    SUBSTITUTE ASSETS

The United States of America shall be entitled to forfeiture of substitute property pursuant

to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code,

Section 982(b)(1) and Title 28, United States Code, Section 2461(c).  In the event any of the

foregoing property:

   a.    cannot be located upon the exercise of due diligence
   b.    has been transferred or sold to, or deposited with, a third party;
   c.    has been placed beyond the jurisdiction of the court;
   d.    has been substantially diminished in value; or
   e.    has been commingled with other property which cannot be divided without
          difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p),

to seek forfeiture of any property of the defendants up to the value of the above-described

forfeitable property.

This is pursuant to Title 21, United States Code, Section 853(p) and Title 18, United

States Code, Section 982 (a)(1).


                              A TRUE BILL.



Dated: _____11/28/2012_____          _____s/Foreperson_____
                                                    FOREPERSON


 s/Sheri McCracken, KS Bar #17097 for___
BARRY R. GRISSOM
United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66061
Ks. S. Ct. No. 10866

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

**PENALTIES**

**Counts 1 & 26:  21 U.S.C. § 846 & 841**

- NLT 10 years NMT life imprisonment;
- NMT $4,000,000.00 fine;
- NLT 5 years supervised release; and
- $100.00 special assessment fee.

If the defendant has a prior conviction for a felony drug offense the penalties are:

- NLT 20 years NMT life imprisonment;
- NMT $8,000,000.00 fine;
- NLT 10 years supervised release; and
- $100.00 special assessment fee.

If the defendant has two or more prior convictions for felony drug offenses the penalties are:

- NLT life imprisonment;
- NMT $8,000,000.00 fine;
- $100.00 special assessment fee.

**Count 2:  18 U.S.C. § 1956(h) & 2**

- NMT 20 years imprisonment;
- NMT $500,000.00 fine;
- NMT 3 years supervised release;
- Forfeiture Allegation II;
- $100.00 special assessment fee.

**Counts 3-5, 7-9, & 12:  21 U.S.C. § 841(a)(1) & (b)(1)(B)(iii); 18 U.S.C. § 2**

- NLT 5 years NMT 40 years imprisonment;
- NMT $2,000,000.00 fine;
- NLT 4 years supervised release;
- Forfeiture Allegation I; and
- $100.00 special assessment fee.

If the defendant has a prior conviction for a felony drug offense the penalties are:

- NLT 10 years NMT life imprisonment;
- NMT $4,000,000.00 fine;
- NLT 8 years supervised release;
- Forfeiture Allegation I; and
- $100.00 special assessment fee. .

**Counts 6, 10, & 24:   21 U.S.C. §§ 856(a)(1) & (a)(2), 18 U.S.C. § 2**

- NMT 20 years imprisonment;
- NMT $500,000.00 fine;
- NMT 3 years supervised release;
- Forfeiture Allegation I; and
- $100.00 special assessment fee.

**Counts 11, 13-20, & 25:  21 U.S.C. § 841(a)(1) and (b)(1)(C); and 18 U.S.C. § 2**

- NMT 20 years imprisonment,
- NMT $1,000,000.00 fine,
- NLT 3 years supervised release;
- Forfeiture Allegation I;
- $100.00 special assessment fee.

If the defendant has a prior conviction for a felony drug offense the penalties are:

- NMT 30 years imprisonment,
- NMT $2,000,000.00 fine,
- NLT 6 years supervised release;
- Forfeiture Allegation I;
- $100.00 special assessment fee.

**Counts 21-23, 25, 27–34, 36-44, & 46-47:  21 U.S.C. § 843; and 18 U.S.C. § 2.**

- NMT 4 years imprisonment;
- NMT $250,000 fine;
- NMT 3 years supervised release;
- Forfeiture Allegation I; and
- $100 special assessment fee.

**Count 45:  18 U.S.C. § 1956(a)(1)(A)(i)**

- NMT 20 Years Imprisonment;
- NMT $500,000.00 Fine;
- NMT 3 Years Supervised Release;
- Forfeiture Allegation III;
- $100.00 Special Assessment Fee.